**Petition Denied and Memorandum Opinion filed February 12, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00105-CV

### LESLIE WM. ADAMS & ASSOCIATES, Appellant

### V.

### ANDREW CHRISTIE, GRACE JOSHUA UNLIMITED CORP., AND MONTESSORI, INC., Appellees

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1044885**

## M E M O R A N D U M   O P I N I O N

Appellant Leslie Wm. Adams & Associates petitions this court to allow a permissive interlocutory appeal of an order of the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d). Appellant states that the trial court has not signed an order granting appellant permission to appeal the interlocutory order the subject of this appeal. *See* Tex. R. Civ. P. 168 (providing that the trial court's permission must be stated in the interlocutory order to be appealed). Without a written order granting

appellant permission to appeal the interlocutory order, appellant has presented nothing for this court to review. *See* Tex. R. App. P. 28.3(e)(2) (requiring the appellant to attach a copy of the order from which the appeal is sought to the petition).

Accordingly, we deny appellant's petition for permissive interlocutory appeal without prejudice to the filing of a new petition with the required order. We also deny appellant's motion to stay.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant